# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MICHAEL BOND,**

        **Plaintiff,**

**v.**                                                                     **Case No. 12-C-1050**

**JPMORGAN CHASE BANK, N.A.,**

        **Defendant.**

## DECISION AND ORDER

This matter is before the Court following the pro se Plaintiff Michael Bond's ("Bond") appeal from this Court's denial of his motion for preliminary injunction barring Defendant JPMorgan Chase Bank from executing its Writ of Assistance.

On June 13, 2013, the Court of Appeals filed its mandate affirming the denial of the preliminary injunction. *See Bond v. JP Morgan Chase Bank, N.A.,* No. 12-3614, slip op. (7th Cir. May 21, 2013). (ECF No. 25.) Based on the appellate court's holding that Bond's claims are frivolous, this action is dismissed. The Court further certifies that any appeal from this Decision and Order would be taken in bad faith.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

This action is **DISMISSED**;

This Court certifies that any appeal from this order is taken in **BAD FAITH**; and

The Clerk of Court is **DIRECTED** to enter judgment accordingly.

Dated at Milwaukee, Wisconsin this 13th day of June, 2013.

                                    **BY THE COURT**

                                _____
                                **Hon. Rudolph T. Randa**
                                **U.S. District Judge**